```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

SHAKEITH PIGFORD,

                      Plaintiff,
                                              No. 07-CV-687
              v.                              (FJS/DRH)

TURRIGLIO, Officer, Greene
Correctional Facility,

                      Defendant.
_____
```

**APPEARANCES:**                          **OF COUNSEL:**

SHAKEITH PIGFORD,
Plaintiff Pro Se
Greene Correctional Facility
Post Office Box 975
Coxsackie, New York   12051


HON. ANDREW M. CUOMO                       SHOSHANAH V. ASNIS, ESQ.
Attorney General for the                   Assistant Attorney General
 State of New York
Attorney for Defendant
The Capitol
Albany, New York   12224-0341

**FREDERICK J. SCULLIN, JR., Senior Judge**


### DECISION AND ORDER

The above-captioned matter having been presented to me by the Report-Recommendation of Magistrate Judge David R. Homer filed on September 3, 2008 and the Court having reviewed the Report-Recommendation and the entire file in this matter, and no

objections to said Report-Recommendation having been filed, the Court hereby

**ORDERS** that the Report-Recommendation of Magistrate Judge David R. Homer filed September 3, 2008 is **ACCEPTED** in its entirety, for the reasons stated therein, and the Court further

**ORDERS** that defendant's motion for judgment on the pleadings is **GRANTED** in all respects and that judgment is entered in favor of the Defendant on all claims, and the Court further

**ORDERS**, that the Clerk of the Court is to enter judgment in favor of the defendant and **CLOSE** this case.

**IT IS SO ORDERED.**

DATED: September 29, 2008
       Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge